Arnett L. Thomas, Plaintiff
340 Thomas Boulevard (Apt 9-S)
Orange, New Jersey 07050
(862) 373-6227
advanceman.thomas6@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| Arnett L. Thomas, et al. : | CIVIL ACTION |
|---|---|
| Plaintiff, : | Proof of Service |
| -vs- : | Docket No._____ |
| Donald J. Trump, et al. : | |
| Defendant. : | |

Arnett L. Thomas, of full legal age, being duly sworn, certifies and says:

1. I mailed via regular mail an original and three copies of Complaint I filed with Court on:

   Donald J. Trump
   1100 South Ocean Boulevard
   Palm Beach, Florida 33480
   Telephone #(561)832-2600

## CERTIFICATION IN LIEU OF OATH

Arnett L. Thomas, of full legal age, being duly sworn, certifies and says:

The statements made by me in this Proof of Service are true and accurate to the best of my knowledge, information and belief. I am aware that perjury or false swearing to the Court is punishable by a fine and/or imprisonment.

*[signature]*
Arnett L. Thomas, Plaintiff-Pro Se

Dated: February 18, 2021