TO: Ms. Thersa Trivino, Deputy Clerk
    U.S. Post Office & Courthouse Building
    50 Walnut Street
    Newark, New Jersey 07101-0999



FR: Arnett L. Thomas, Plaintiff
    340 Thomas Blvd (Apt 9-S)
    Orange, New Jersey 07050
    (862) 373-6227
    advanceman.thomas6@gmail.com

RE: List of Plaintiffs Enjoining

Case Name: Arnett L. Thomas et al., v. Donald J. Trump

Case Number: 2:21-cv-03111-JMV-ME

March 27, 2021

Dear Ms. Trivino:

        Attached herein is a list of Plaintiffs enjoining to the above-entitled Complaint filed
February 19, 2021.

Respectfully submitted,


Arnett L. Thomas, Plaintiff

Betty S. McLeod
340 Thomas Blvd (Apt 10-L)
Orange, New Jersey 07050

Delores Adams
340 Thomas Blvd. (Apt 9-A)
Orange, New Jersey 07050

Joyce Scruggs
1603 Pebble Beach Dr.
Elkton, Maryland 21921

Asley Robinson
1603 Pebble Beach Drive
Elkton, Maryland 21921

Alize Scruggs
1603 Pebble Beach Drive
Elkton, Maryland 21921

Darnell Dixon
927 Spruce Street
Roselle, New Jersey 07203

Gregory Scruggs
233 E.2nd Ave (1-H)
Roselle, New Jersey 07203

Edwin Bingham
321 Elmora Ave (Apt 104)
Elizabeth, New Jersey 07201

Eric Scott
144 Madison Ave (Apt 110)
Elizabeth, New Jersey 07201

Daryl Jenkins
927 Spruce Street
Roselle, New Jersey 07203

Jeffrey Fields
913 Warren Street
Roselle, New Jersey 07203

Kyani Robinson
33`1 w. 4th Ave
Roselle, New Jersey 07203

Edwin Richardson
600 Broad Street
Newark, New Jersey 07102

Rafiq Saleem
149 Seymour Ave
Newark, New Jersey 07108

Omar Shabazz
149 Seymour Ave
Newark, New Jersey 07108

Abdur Rasheed N. Muhammad
340 Thomas Blvd (Apt-I
Orange, New Jersey 07050

Masia A.K. Mugmuk
500 Parkway Drive Apt 13-D)
East Orange, New Jersey 07017

Jessica Jacques
265 Morris Ave (Apt 8H)
Newark, NJ 07103

Bryant Neal
525 Elizabeth Ave Apt 4F
Newark, NJ 07102

Daamin Durden
86 West 11th Avenue
Newark, NJ 07107

Sharon Purcell
340 Thomas Blvd Apt 8-J
Orange, NJ 07050

Linda S. Hammond
340 Thomas Blvd (Apt-8-G
Orange, New Jersey 07050

Name of Plaintiff ____LINDA S HAMMOND____ Legibly print your name
Address of Plaintiff ____340 Thomas Blvd apt 8G____
____Orange N.J. 07050____
Telephone # (973) 674 0822    cell (862)944 6354
Email address: mrfz1bronx56@yahoo.com

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name
____Linda S. Hammond____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355
   U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519
   (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

**CERTIFICATION IN LIEU OF OATH**

Linda S Hammond _____ of full legal age, being duly sworn, upon my oath,
<small>Please legibly print your name</small>

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

Linda S. Hammond
<small>Your signature</small>

Dated: March 23 2021    2021.

Name of Plaintiff __Sharon Purcell_____ Legibly print your name
Address of Plaintiff __340 Thomas Blvd. 8J__
__Orange, NJ 07050__
Telephone # __973- 393-1449__
Email address:_____

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

__Sharon Purcell_____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355
   U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519
   (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with <u>THOMAS v. TRUMP</u> and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

CERTIFICATION IN LIEU OF OATH

Sharon Purcell _____ of full legal age, being duly sworn, upon my oath,
<small>Please legibly print your name</small>

certifies and says:

I made the decision to enjoin with <u>THOMAS v. TRUMP,</u> of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

Sharon Purcell _____
<small>Your signature</small>

Dated: ___3 | 26_____ 2021.

Name of Plaintiff _Gregory Scruggs_  Legibly print your name
Address of Plaintiff _2 Ronald Drive Apt 14B_
_Colonia, NJ 07067_
Telephone # _908 720 0691_
Email address: _greggscruggs0817@gmail.com_

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

### Certification in Support to Enjoin with the above entitled case

Legibly print your name

_Gregory Scruggs_ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355
   U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519
   (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_Gregory Scruggs_ of full legal age, being duly sworn, upon my oath,
(Please legibly print your name)

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_[signature]_
Your signature

Dated: _March 7,_ 2021.

Name of Plaintiff *Abdur-Rasheed N. Muhammad* legibly print your name
Address of Plaintiff *340 Thomas Boulavard, 6-1*
*ORANGE, New Jersey 07050*
Telephone # *973 - 141-5654*
Email address: *Rasheed Muhammad66.RME gmail. con*

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

### Certification in Support to Enjoin with the above entitled case

Legibly print your name

*A.-Rasheed N. Muhammad* _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

$A.\text{-}RasHeed\ N.Muhammad$ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

a-Rasheed N. Muhammad
Your signature

Dated: 3/14/2021 _____2021.

Name of Plaintiff __*Edwin Richardson*__ _Legibly print your name_
Address of Plaintiff __*600 Broad St*__
__*Newark, NJ 07102*__
Telephone # __*862 600 3638*__
Email address: _____

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

_Legibly print your name_
__*Edwin Richardson*__ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with <u>THOMAS V. TRUMP</u>, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, <u>Conley v. Gibson</u>, 355 U.S. 41 at 48 (1957) <u>Davis v. Wechler</u>, 263 U.S., <u>Elmore v. McCammon</u> (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," <u>Haines v. Kerner</u>, 404 U.S. 519 (1972), <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1959), <u>Pucket v. Cox</u>, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

CERTIFICATION IN LIEU OF OATH

_Edwid Richardson_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Ed. Richale_
Your signature

Dated: _March 14th_ 2021.

Name of Plaintiff  RAFIQ  SALEEM _____ Legibly print your name
Address of Plaintiff  149  SEYmoor  Ave
                      Newark  NJ  07108
Telephone #  (848)  678-8887
Email address:  RSALEEMNCSTA. gmail. com

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

RAFIQ  SALEEM _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355
   U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519
   (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

Name of Plaintiff _Abdur-Rasheed N. Muhammad_ legibly print your name
Address of Plaintiff _340 Thomas Boulevard, 6-1_
_ORANGE, New Jersey 07050_
Telephone # _973-141-3654_
Email address: _Rasheed Muhammd66.RM@gmail.com_

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

_A.-Rasheed N. Muhammad_ _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

$\underline{A.\text{-}R_{A}sH_{EE}d\ N.M_{u}H_{A m m a}d}$ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

$\underline{a\text{-}Rasheed\ N.\ Muhammad}$
Your signature

Dated: $\underline{3/14/2021}$ 2021.

Name of Plaintiff _BETTY S. McLeod_ <small>Legibly print your name</small>
Address of Plaintiff _340 Thomas Blvd Apt 102_
_Orange, N.J. 07050_
Telephone # _973-280-5327_
Email address: _Ruby Red 34010L @ G-mail_

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

<u>Certification in Support to Enjoin with the above entitled case</u>

<small>Legibly print your name</small>

_BETTY S. McLeod_ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with <u>THOMAS v. TRUMP</u> and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

<u>CERTIFICATION IN LIEU OF OATH</u>

$\underline{B \in T \cap Y \ S. \ \mathcal{M} \subset L \varnothing \varnothing J}$ of full legal age, being duly sworn, upon my oath,
<span style="font-size:smaller">Please legibly print your name</span>

certifies and says:

I made the decision to enjoin with <u>THOMAS v. TRUMP,</u> of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

*Betty S. Mc Leed*
<span style="font-size:smaller">Your signature</span>

Dated: 3 / 8 _____ 2021.

Name of Plaintiff _DELORIS Adams_  Legibly print your name
Address of Plaintiff _340 Thomas Blvd Apt 9-A_
_Orange n.j. 07050_
Telephone # _862 215 2679_
Email address: _deloresadams47@gmail.com_

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

_DELOR:S Adams_ _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355
   U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519
   (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

### CERTIFICATION IN LIEU OF OATH

_DELoAiS ADaMS_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Delois Adams_
Your signature

Dated: 3 / 2 / 21 2021.

Name of Plaintiff __JOYCE___ __SCRUGGS_____ Legibly print your name
Address of Plaintiff __1603___PEBBLE_BEACH___
__DRIVE___,ELKTON___MARYLAND___21921__
Telephone # __(910)_986-4836_____
Email address: __MJ_SCRUGGS_2016_@gmAIL.Com__

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name
__JOYCE___SCRUGGS_____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with **THOMAS V. TRUMP**, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with <u>THOMAS v. TRUMP</u> and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

<u>CERTIFICATION IN LIEU OF OATH</u>

_Joyce  Scruggs_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with <u>THOMAS v. TRUMP,</u> of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Joyce  Scruggs_
Your signature

Dated: _03\15_ 2021.

Name of Plaintiff _A SHLEY, ROBINSON_ Legibly print your name
Address of Plaintiff _1603 PEBBLE BEACH_
_DRIVE, ELKTON MARYLAND 21921_
Telephone #_____
Email address:_____

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name
_ASHLEY ROBINSON_ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_ASHLEY ROBINSON_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Ashley Robinson_
Your signature

Dated: _3 / 15_ 2021.

Name of Plaintiff *ALIZE SCRIGGS* _____ Legibly print your name
Address of Plaintiff *1603 PEBBLE BEACH*
*DRIVE, ELKTON MARYLAND 21921*
Telephone # _____
Email address: _____

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

### Certification in Support to Enjoin with the above entitled case

Legibly print your name

*ALIZE Scruggs* _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with <u>THOMAS V. TRUMP</u>, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, <u>Conley v. Gibson</u>, 355
   U.S. 41 at 48 (1957) <u>Davis v. Wechler</u>, 263 U.S., <u>Elmore v. McCammon</u> (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," <u>Haines v. Kerner</u>, 404 U.S. 519
   (1972), <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1959), <u>Pucket v. Cox</u>, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with <u>THOMAS v. TRUMP</u> and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

<u>CERTIFICATION IN LIEU OF OATH</u>

_A LIZE   SCRUGGS_ of full legal age, being duly sworn, upon my oath,
<span style="font-size:smaller">Please legibly print your name</span>

certifies and says:

I made the decision to enjoin with <u>THOMAS v. TRUMP,</u> of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_alize Scruggs_
<span style="font-size:smaller">Your signature</span>

Dated: _3 / 15_ 2021.

Name of Plaintiff Darnell Dixon _____ Legibly print your name

Address of Plaintiff 927 Spruce St

Rose llo NJ 07203

Telephone # 973 518 8111

Email address: darnell.dixon.180@gmail.com

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

### Certification in Support to Enjoin with the above entitled case

Legibly print your name

Darnell Dixon _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

Darnell Dixon of full legal age, being duly sworn, upon my oath,
<u>Please legibly print your name</u>

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

Darnell Dixon
<u>Your signature</u>

Dated: March 7, 2021.

Name of Plaintiff  *Edwin Bingham*  Legibly print your name
Address of Plaintiff  *321 Elmora Ave Apt 104*
*Elizabeth, NJ, 07200*
Telephone #  *908 525 8994*
Email address:_____

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

### Certification in Support to Enjoin with the above entitled case

Legibly print your name
*Edwin Bingham*_____of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355
   U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519
   (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

4.  In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5.  For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_Edwin Bingham_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_John Bingham_
Your signature

Dated: _March 18,_ 2021.

Name of Plaintiff  Eric Scott _____ Legibly print your name
Address of Plaintiff 144 Madison Ave   Apt 110
    Elizabeth NJ. 07201
Telephone # 908 937 2925
Email address: _____

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

<u>Certification in Support to Enjoin with the above entitled case</u>

Legibly print your name

Eric Scott _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with <u>THOMAS V. TRUMP</u>, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, <u>Conley v. Gibson</u>, 355 U.S. 41 at 48 (1957) <u>Davis v. Wechler</u>, 263 U.S., <u>Elmore v. McCammon</u> (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," <u>Haines v. Kerner</u>, 404 U.S. 519 (1972), <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1959), <u>Pucket v. Cox</u>, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_ERIC Scott_____ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Eric Scott_____
Your signature

Dated: _MARCh  15___ 2021.

Name of Plaintiff _DARYl Jenkins_  Legibly print your name
Address of Plaintiff _927 Spruce St._
_Roselle NJ 07203_
Telephone # _908) 266 - 5811_
Email address:_____

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name.
_Daryl Jenkins_____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with <u>THOMAS v. TRUMP</u> and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

<u>CERTIFICATION IN LIEU OF OATH</u>

_____ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with <u>THOMAS v. TRUMP,</u> of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_____
Your Signature

Dated:_____2021.

Name of Plaintiff _JOFFREY FIELDS_ _____ Legibly print your name
Address of Plaintiff _913 WARREN ST._
_Roselle, NJ 07203_
Telephone # _(917) 466 - 8725_
Email address: _____

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

_Jeffrey Fields_ _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case
   Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin
   as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must
   either forgo having a Jury decide my claims on their merits, or enjoin with this case
   filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355
   U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640
   F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519
   (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233
   and a long list of other cases, which Constitutionally entitles pro se litigants to air
   their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_Jeffrey Fields_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Jeffrey A. Field_
Your signature

Dated: _3 / 12_ 2021.

Name of Plaintiff  *Kyani Robinson*                    Legibly print your name
Address of Plaintiff  *33) W, 4th ave*
  *Roselle — NJ 67203*
Telephone #  *908 875-5414*
Email address:_____

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name
*Kyani Robinson*                    of full legal age, being duly sworn, upon
my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with <u>THOMAS v. TRUMP</u> and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

<u>CERTIFICATION IN LIEU OF OATH</u>

_Kyani Robinson_ of full legal age, being duly sworn, upon my oath,
<small>Please legibly print your name</small>

certifies and says:

I made the decision to enjoin with <u>THOMAS v. TRUMP,</u> of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_____
<small>Your signature</small>

Dated: _March 12,_ 2021.

Name of Plaintiff _Edwin Richankon_ _____ Legibly print your name

Address of Plaintiff _600 Broad St_

_Newark , NJ 07102_

Telephone # _862 600 3638_

Email address:_____

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

_Edwin Richardson_ _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_Edwin Richardson_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Ed. Richdler_
Your signature

Dated: _March 14th_ 2021.

Name of Plaintiff  RAFIQ  SALEEM _____ Legibly print your name

Address of Plaintiff  149  SEYmour  AVE

_____  Newark  N  07108

Telephone #  (848)  678-8887

Email address:  RSALEEMNCSTA.gmail.com

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

RAFIQ  SALEEM _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I  must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_____ Rafiq Saleem _____ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_____ Rafiq Saleem _____
Your signature

Dated: March 15, 2021.

Name of Plaintiff ___Omar Shabazz___ Legibly print your name
Address of Plaintiff ___149 Seymour Ave___
___Newark New Jersey 07108___
Telephone # ___973 735 8806___
Email address: ___omarshabazz38@gmail-com___

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name
___Omar Shabazz___ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

Omar Shabazz of full legal age, being duly sworn, upon my oath,

Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

Your signature

Dated: March 14, 2021.

Name of Plaintiff _Masia A. K. Mugmuk_ Legibly print your name
Address of Plaintiff _500 Parkway Delud (Apt 17d)_
_East Orange 07017_
Telephone # _____
Email address: _____

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

### Certification in Support to Enjoin with the above entitled case

Legibly print your name

_Masia A. K. Mugmuk_ of full legal age, being duly sworn, upon my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_Masia A.K. Mugmuk_ of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_Masia A.K. Mugmuk_
Your signature

Dated: _March 21,_ 2021.

Name of Plaintiff Jessica Jacques _____ Legibly print your name
Address of Plaintiff 205 Morris Ave. (apt. 8H)
Newark N.J. 07103
Telephone # 973.980.6897
Email address: jvjacques @ gmail.com

## United States District Court

## For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

### Certification in Support to Enjoin with the above entitled case

Legibly print your name

Jessica Jacques _____ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

Jessica Jacques of full legal age, being duly sworn, upon my oath,
Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

Your Signature

Dated: 03/16/ 2021.

Name of Plaintiff: 3-yant Neal    *Legibly print your name*
Address of Plaintiff 525 Elizabeth Avo. Apt 4F
_____ Newark, NJ 0107)
Telephone # 862-340-4470
Email address: b.neal+b@yahoo.com

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

<u>Certification in Support to Enjoin with the above entitled case</u>

*Legibly print your name*
< 3-yant   Neal _____of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with <u>THOMAS V. TRUMP</u>, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, <u>Conley v. Gibson</u>, 355 U.S. 41 at 48 (1957) <u>Davis v. Wechler</u>, 263 U.S., <u>Elmore v. McCammon</u> (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," <u>Haines v. Kerner</u>, 404 U.S. 519 (1972), <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1959), <u>Pucket v. Cox</u>, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with <u>THOMAS v. TRUMP</u> and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

CERTIFICATION IN LIEU OF OATH

_____ 3-yant   Nual _____ of full legal age, being duly sworn, upon my oath,
<u>Please legibly print your name</u>

certifies and says:

I made the decision to enjoin with <u>THOMAS v. TRUMP,</u> of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

_____
Your signature

Dated: 03 - 16 - 21 _____2021.

Name of Plaintiff _DAMMIN DUEDEN_    Legibly print your name

Address of Plaintiff _86 WEST 117H AVE_

_NEWARK NJ 07207_

Telephone # _973 887 8503_

Email address: _dammiNNCST@ gmail. com_

## United States District Court

### For the District of New Jersey

Case Name: Arnett L. Thomas, et al v. Donald J. Trump

Case Number: 2:21 -cv-03111-JMV-ME

Certification in Support to Enjoin with the above entitled case

Legibly print your name

_DAMMIN R. DUEDEN_ of full legal age, being duly sworn, upon

my oath, certifies and says:

1. I am the above-named Plaintiff, enjoining with THOMAS V. TRUMP, Case Number: 2:21 -cv- 03111-JMV-ME.

2. Based on the Complaint, there are meritorious claims which qualify me to enjoin as a Plaintiff in the above entitled case.

3. Not having the funds to retain an attorney to represent me in this matter, I must either forgo having a Jury decide my claims on their merits, or enjoin with this case filed by Arnett Thomas who appeared pro se, where he cited, Conley v. Gibson, 355 U.S. 41 at 48 (1957) Davis v. Wechler, 263 U.S., Elmore v. McCammon (1986) 640 F. Supp. 905, establishing the "Next Friend Rule," Haines v. Kerner, 404 U.S. 519 (1972), Jenkins v. McKeithen, 395 U.S. 411, 421 (1959), Pucket v. Cox, 456 2nd 233 and a long list of other cases, which Constitutionally entitles pro se litigants to air their Complaints in both Federal and State Courts.

4. In the spirit of the above referenced cases, I elected to organize with a vast class of Plaintiffs similarly situated and aggrieved with issues coming from COVID-19 and how former President Donald Trump exposed me to both physical and emotional damages and harm through his pursuit to manage COVID-19 through his natural herd immunity experiment.

5. For these reasons, it is my wish to enjoin with THOMAS v. TRUMP and seek to have a Jury award me compensation for the emotional damages and harm I suffered under Donald Trump's Presidency.

## CERTIFICATION IN LIEU OF OATH

_Bahamin R. Durden_ of full legal age, being duly sworn, upon my oath,

Please legibly print your name

certifies and says:

I made the decision to enjoin with THOMAS v. TRUMP, of free will, without coercion or duress, on the basis of my Constitutional rights to pursue damages for the pain and suffering caused by the actions of former President Donald J. Trump. The statements made by me in this certification are true and accurate to the best of my knowledge, information and belief, I am aware that perjury or false swearing is punishable by a fine and/or imprisonment.

Your signature

Dated: _March 16_, 2021.

Ms. Theresa Trivino, Deputy Clerk

(Apt 4-S)